IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02998-MEH

KATHARINE GOLDSTONE AND ANDREW GOLDSTONE,
husband and wife and as parents of HENRY GOLDSTONE, a minor,

    Plaintiffs,

v.

NEXTHEALTH TECHNOLOGIES; ADP, INC. d/b/a ADP TOTAL SOURCE; AND
AETNA LIFE INSURANCE COMPANY,

    Defendant.

**NOTICE OF SETTLEMENT IN PRINCIPLE AND
JOINT MOTION TO VACATE ALL CASE DEADLINES**

    COME NOW the Plaintiffs, Katharine Goldstone and Andrew Goldstone, husband and wife, and as the parents of Henry Goldstone, a minor, and the Defendants, NextHealth Technologies, ADP, Inc., ADP Total Source, and Aetna Life Insurance Company, by and through their respective counsel, and respectfully notify the Court that the parties have reached a settlement in principle to all claims in this case and, accordingly, jointly requests that the Court vacate all current deadlines, including the Scheduling Conference currently set for January 31, 2022.[1] As grounds therefore, the parties state as follows:

    1.    On December 7, 2021, the Court issued a Minute Order resetting the Scheduling Conference for January 31, 2022, and setting other related deadlines (i.e., deadline to confer,

---

[1] Defendant ADP, Inc. is improperly named in the Complaint.  ADP, Inc. and ADP Total Source, Inc. are separate legal entities.

magistrate consent, etc.), based on the Defendants' request for an extension of time to answer. The deadline for these related deadlines is today (January 21, 2022). Doc. No. ??

2. Subsequently, the Court again extended the deadline for all Defendants to file their respective answers or other responses up to and including February 7, 2022. Doc. No. 19.

3. Since the Court's last order, the parties continued working together to resolve this matter in good faith. On January 21, 2022, the parties reached an agreement in principle to resolve all claims in this matter. The parties reasonably believe they can finalize the settlement agreement within the next 30 days.

4. In light of the above, the parties believe that the January 31, 2022, Scheduling Conference should be vacated, as well as all other deadlines set forth in the Court's December 7, 2021 Minute Order. Vacating these deadlines would facilitate the parties' settlement efforts. The parties request is in conformity with Rule 1, Fed. R. Civ. P., by avoiding expenses of litigation that are unnecessary.

Respectfully submitted this 21st day of January, 2022.

| SILVERN & BULGER, P.C. | WHEELER TRIGG O'DONNELL LLP |
|---|---|
| s/Thomas A. Bulger | s/Matthew v. Rotbart |
| _____ | _____ |
| Thomas A. Bulger, Esq. | Raymond W. Martin |
| Counsel for Plaintiff | Matthew V. Rotbart |
| 4800 Wadsworth Boulevard, Suite 307 | 370 Seventeenth Street, Suite 4500 |
| Wheat Ridge, Colorado   80033 | Denver, Colorado 80202 |
| (303) 292-0044 | Telephone: (303) 244-1915 |
| Facsimile (303) 292-1466 | martin@wtotrial.com |
| counsel@silvernbulger.com | rotbart@wtotrial.com |

FABIAN VANCOTT

*s/Matthew S. Brahana*

---

Scott M. Petersen
Matthew S. Brahana
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com
mbrahana@fabianvancott.com