# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-02998-MEH

KATHARINE GOLDSTONE AND ANDREW GOLDSTONE,
 husband and wife and as parents of HENRY GOLDSTONE, a minor,

    Plaintiffs,

v.

NEXTHEALTH TECHNOLOGIES; ADP, INC. d/b/a ADP TOTAL SOURCE; AND
 AETNA LIFE INSURANCE COMPANY,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Katharine Goldstone and Andrew Goldstone, husband and wife, and as the parents of Henry Goldstone, a minor, by and through their counsel, along with Defendants NextHealth Technologies, ADP, Inc., ADP TotalSource, Inc., and Aetna Life Insurance Company, stipulate to the dismissal of this action WITH PREJUDICE against all Defendants.[1] Each Party is responsible for their own fees and costs.

    Respectfully submitted this 7th day of April, 2022.

---

[1] Defendant ADP, Inc. is improperly named in the Complaint. ADP, Inc. and ADP TotalSource, Inc. are separate legal entities.

| SILVERN & BULGER, P.C. | WHEELER TRIGG O'DONNELL LLP |
|---|---|
| s/Thomas A. Bulger | s/Matthew v. Rotbart |
| _____ | _____ |
| Thomas A. Bulger, Esq.<br>Counsel for Plaintiff<br>4800 Wadsworth Boulevard, Suite 307<br>Wheat Ridge, Colorado 80033<br>(303) 292-0044<br>Facsimile (303) 292-1466<br>counsel@silvernbulger.com | Raymond W. Martin<br>Matthew V. Rotbart<br>370 Seventeenth Street, Suite 4500<br>Denver, Colorado 80202<br>Telephone: (303) 244-1915<br>martin@wtotrial.com<br>rotbart@wtotrial.com |

FABIAN VANCOTT

s/Matthew S. Brahana

_____

Scott M. Petersen
Matthew S. Brahana
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
spetersen@fabianvancott.com
mbrahana@fabianvancott.com